1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10
11
12
13
14

| UNITED STATES OF AMERICA | Case No. 2:17-CR-206-RSL |
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| LEANDRE DUANE JONES | |
| Defendant. | |

15   This matter comes before the Court on defendant LeAndre Duane Jones's "Motion for

16 Early Termination of Supervised Release," pursuant to 18 U.S.C. § 3583(e)(1). Dkt. #6.

17   On July 28, 2011, Mr. Jones was sentenced in the Western District of Texas to five

18 months of imprisonment and three years of supervised release, after pleading guilty to Failure to

19 Register as a Sex Offender. Dkt. #6 at 1; see Dkt. #2. Jurisdiction was transferred to the Western

20 District of Washington on August 31, 2017. Dkt. #1. Mr. Jones began his supervised release on

21 September 3, 2016, and it is set to terminate on September 2, 2019. Dkt. #6 at 1.

22
23   A court "may, after considering the factors set forth in [18 U.S.C. § 3553(a)] … terminate

24 a term of supervised release and discharge the defendant released at any time after the expiration

25 of one year of supervised release … if it is satisfied that such action is warranted by the conduct

26 of the defendant released and the interest of justice." 18 U.S.C. § 3583(e). The Court has

27 "discretion to consider a wide range of circumstances when determining whether to grant early

28 termination." United States v. Emmett, 749 F.3d 817, 819 (9th Cir. 2014).

ORDER DENYING EARLY TERMINATION - 1

The Court is pleased to learn that Mr. Jones is doing well under supervised release. It appreciates his efforts in securing employment as an independent computer systems engineer, in devoting his spare time to his family, and in participating regularly in sex offender treatment with Dan Knoepfler since May 2017. It acknowledges that the conditions of his supervision make it difficult for him to travel outside the area for his work. However, the Court believes that Mr. Jones requires the continuity of his treatment with Mr. Knoepfler. Mr. Jones's motion is therefore DENIED.

DATED this 5th day of February, 2019.


Robert S. Lasnik
United States District Judge